# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **8:04CR483** |
| vs. ) | |
| ) | **ORDER** |
| **DUSTIN R. GRANT,** ) | |
| ) | |
| **Defendant.** ) | |

This matter is before the court on defendant's Motion to Continue Trial (Filing 20) based on the production of "over 1,750 pages" of discovery material by the government on December 7, 2004. I note that defendant was previously given an extension of time from December 14, 2004 to January 11, 2005 in which to file pretrial motions, based on the production of the 1,750 pages; however, no substantive pretrial motions were filed in this case. The case was originally set to be tried the week of February 22, 2005. Defendant was subsequently granted a continuance to May 10, 2005 to prepare for trial, once again based on the production of the 1,750 pages. Defendant now asks for another 60-day continuance based on the production of the 1,750 pages of discovery. Defendant has had since December 7, 2004 to review these documents and has already been given substantial extensions of time in which to do so. Under the circumstances, the court's calendar cannot accommodate the requested continuance.

**IT IS ORDERED** that defendant's Motion to Continue Trial (Filing 20) is denied.

**DATED May 4, 2005.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**