IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,              ) | |
|                                                                  ) | |
|                              Plaintiff,              ) | |
|                                                                  ) | CASE NO.   8:04CR483 |
|          vs.                                               ) | |
|                                                                  ) | |
| DUSTIN R. GRANT,                              ) | |
|                                                                  ) | |
|                                                                  ) | **AMENDED ORDER** |
|                              Defendant.          ) | |

The Court has been advised that the defendant requests permission to enter a plea of guilty.

**IT IS ORDERED** that:

1.      This case, insofar as it concerns this defendant, is removed from the trial docket based upon the request of the defendant.

2.      A hearing on the defendant's anticipated plea of guilty is scheduled before District Judge Laurie Smith Camp on the **18th of July, 2005,** at the hour of **10:30 a.m.** in Courtroom No. 2, Third Floor, Roman L. Hruska Courthouse, 111 S. 18th Plaza, Omaha, Nebraska.

3.      Counsel shall abide by the requirements of NE Crim. 11.1(d) regarding the filing and provisions of the petition to enter a plea of guilty and any written plea agreement.

4.      On or before the date for the plea proceeding, counsel for plaintiff and for defendant shall provide to the assigned probation officer their respective versions of the offense for purposes of preparing the presentence investigation report.

5.      For this defendant, the time between today's date and the hearing on the anticipated plea of guilty is excluded for purposes of computing the limits under the Speedy Trial Act.  The Court finds that failure to grant a continuance would result in a miscarriage of justice.  **See** 18 U.S.C. §§ 3161(h)(1)(I), (h)(8)(A) & (h)(8)(B).

Dated this 6th day of June, 2005.

                                                                        BY THE COURT:
                                                                        s/Laurie Smith Camp
                                                                        United States District Judge