# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, vs. **DUSTIN R. GRANT,** Defendant. | 8:04CR483 ORDER |

The government has filed a Motion to Dismiss the Petition for Warrant or Summons for Offender Under Supervision, Filing No. [65]. without prejudice. The Court concludes that the motion should be granted.

IT IS ORDERED:

1. The Petition for Warrant or Summons for Offender Under Supervision [56], filed herein, as it relates to the Defendant, Dustin R. Grant is dismissed, without prejudice.

Dated this 28th day of March, 2018.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge